## In the INTEREST OF: J.M.A. and C.R.A.

### No. ED 102635

Missouri Court of Appeals, Eastern District, *Division Three.*

Filed: February 23, 2016

Robert W. Bilbrey, P.O. Box 131, Imperial, MO 63052, for Appellant.

Tammy M. Steward, Juvenile Officer, 113 N. Missouri St., Suite B, Potosi, MO 63640, John M. Masters, Guardian Ad Litem, 614 Walmart Dr., Box 136, Farmington, MO 63640, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

## PER CURIAM.

In this consolidated appeal, Father appeals the judgment terminating his parental rights to J.M.A. and C.R.A. The judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).